## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

TERESA RUIZ,

        Plaintiff,

vs.                                          CIVIL NO. 10-1058 MCA-WDS

ROBERT M. GATES, SECRETARY
DEPARTMENT OF DEFENSE
Army & Air Force Exchange Service,
CHRISTOPHER HAEFNER, FRANK
EUSTICE, MELISSA COOPER, and
PETER CAMPAGNA,

        Defendant,

## ORDER

      This matter having come before the Honorable Court on Plaintiff's Motion for Enlargement of Time to Disclose Expert Witnesses and Reports Pursuant to Fed. R. Civ. P. 0.26(a)(2)(B), and the Defendant's attorney, Assistant U.S. Attorney, Michael H. Hoses, having no objection to Plaintiff's Motion, and the Court being sufficiently advised,

      **NOW, THEREFORE, IT IS ORDERED** that Plaintiff's motion for enlargement of time pursuant to Fed. R. Civ. P. 0.26(a)(2)(B) is GRANTED, AND IT IS FURTHER OREDERED THAT Plaintiff's time to comply with the Rule is enlarged for thirty (30) days until **September 1, 2011** and, therefore, Defendant's time to comply with the Rule is extended until **October 3, 2011.**

                                              _____
                                              THE HONORABLE W. DANIEL SCHEIDER
                                              United States Magistrate Judge